UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA**             3:25-cr-00467-IM

      **v.**                                              **PROTECTIVE ORDER**

**ALEXANDRU TELESCU,**
**ARAMIS MANOLEA aka: Manolea Aramis,**
**and MARIA DENISA BACELAN,**

      **Defendants.**

Upon motion of the United States, this Court being advised as to the nature of this case, it is hereby:

ORDERED that pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, counsel for defendant shall not provide defendant with copies of any discovery material produced by the government which contain:

    (a)    personal identifying information of any individual, including without limitation, any individual's date of birth, social security number, address, telephone number, email address, driver's license number, professional license number, or family members' names ("Personal Information") unless it belongs to the defendant or unless defense counsel first redacts the Personal Information from the discovery material; or

    (b)    financial information of any individual or business, including without limitation, bank account numbers, credit or debit card numbers, account passwords,

**Protective Order**                                                                                              **Page 1**

account names and contact information, account history, account balances, account statements, tax return information, or taxpayer identification numbers ("Financial Information") unless it belongs to the defendant, or unless defense counsel first redacts the Financial Information from the discovery material.

IT IS FURTHER ORDERED that defendant is allowed to view the unredacted discovery under the active supervision of defense counsel—that is, the unredacted discovery will be under the custody and control of defense counsel during defendant's review.

IT IS FURTHER ORDERED that neither defense counsel nor defendant shall provide any discovery material produced by the government, regardless of whether the material is redacted, to any person not a party to this case without the government's express written permission, except that defense counsel may provide discovery material, regardless of whether it is redacted, to members of the defense team and to those persons who are necessary to assist counsel in preparation for trial or other proceedings

Dated: January __12__, 2026

_/s/ Karin J. Immergut_____
HONORABLE KARIN J. IMMERGUT
United States District Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney

*/s/ Geoffrey A. Barrow*
GEOFFREY A. BARROW, DCB #462662
Assistant United States Attorney